# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0120

VERSUS

CALVIN KEMP

**APRIL 22, 2021**

---

In Re:    State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. DC-19-06860 & DC-19-06865.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT GRANTED.** In **State v. King,** 2019-01332 (La. 4/3/20), __ So.3d __, 2020 WL 1671536 (per curiam), the Supreme Court found that in a **Miranda** warning, no temporal aspect regarding the right to counsel is required. The trial court, therefore, abused its discretion in granting the motion to suppress the defendant's statement, ruling that while being **Mirandized,** the defendant was not informed that he had a right to an attorney "during questioning." Accordingly, the trial court's ruling granting the motion to suppress is reversed, and this matter is remanded to the trial court for further proceedings.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT